SPLITDORF ELECTRICAL COMPANY, A CORPORATION, RESPONDENT, v. ANNA KING, ON BEHALF OF HER-SELF AND MARGARET KING, APPELLANT.

Submitted July 8, 1918—Decided October 11, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 421.

For the appellant, *William P. Murphy.*

For the respondent, *Kalisch & Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 10.

*For reversal*—None.